**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MIGUEL HERNANDEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>MONA VENTURES, INC. D/B/A CARPET & USA TILES; THE CHARLESTON CENTER LLC, A NEVADA LIMITED LIABILITY COMPANY; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: 2:21-cv-01943 PSG (MRWx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

   **PLEASE TAKE NOTICE** that MIGUEL HERNANDEZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

   (a) **Voluntary Dismissal.**

(1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: May 18, 2021   SO. CAL. EQUAL ACCESS GROUP

By: ___*/s/   Jason J. Kim*___
Jason J. Kim, Esq.
Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**